**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 3:11-00012-7** |
| **v.** | ) | **Judge Sharp** |
| | ) | |
| **QUINICE CROSS** | ) | |
| | ) | |

## <u>O R D E R</u>

For the reasons stated in Court at the February 8, 2013 hearing, the Motion to Revoke Order of Detention or Reconsider (Docket No. 1285) is DENIED.

The  Motion to Ascertain Status of Pending Motion (1319) is DENIED as moot.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE