IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 3:11-00012-10 |
| v. | ) | |
| | ) | |
| | ) | |
| QUINICE CROSS. | ) | |
| | ) | |

## MOTION TO CONTINUE ARRAIGNMENT

Comes now the accused, by and through his attorney, Luke A. Evans, and respectfully moves this Court to continue his arraignment on the Superseding Indictment currently scheduled for 10:30 a.m. on April 23, 2013. Counsel would state that he is currently scheduled to appear for an extended hearing in the Rutherford County Circuit Court that will prevent his appearance as scheduled. Counsel would ask that the Defendant's arraignment be rescheduled for 4:00 p.m. on April 24, 2013.

**WHEREFORE, PREMISES CONSIDERED,** the accused moves this Court for the relief as stated herein as well as any further general relief this Court deems both necessary and proper.

## ORDER
**Motion Granted** and the rearraignment is reset for Wednesday, April 24, 2013 at 4:00 p.m.
/S/ Joe B. Brown
**JOE B. BROWN**
**Magistrate Judge**